UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISAIAH ALEXANDER ROSARIO,

Plaintiff,

v.

J. MACIAS, et al.,

Defendants.

Case No.  25-cv-10168-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

After plaintiff sent the Court his 42 U.S.C. § 1983 complaint and application to proceed *in forma pauperis* ("IFP") by regular mail from Salinas Valley State Prison, a facility which participates in prison email filing with this Court, the Clerk of the Court sent him a Notice to file his complaint and IFP application by prison email as required by General Order No. 76.  Dkt. 1.  Plaintiff has not complied with these instructions or shown good cause for not doing so.

Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to comply with the Clerk's Notice and for failure to prosecute.  *See* Federal Rule of Civil Procedure 41(b).  His motion for leave to proceed IFP is DENIED as improperly filed.  Dkt. 1-2.

Because this dismissal is without prejudice, plaintiff may ask to reopen the action.  To do this, he must file (i) by prison email an exact copy of his complaint in accordance with the instructions in the Notice and a motion with the words MOTION TO REOPEN written on the first page; or (ii) by regular mail a motion for leave to file his complaint by regular mail, in which he shows good cause why he cannot submit his documents electronically.

The Clerk terminate all pending motions and close the file.

This Order terminates Docket No. 1-2.

IT IS SO ORDERED.

Dated:   January 16, 2026

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge